UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 12-00033 (JLL)

v. :

MUTASIM WALTON : O R D E R

Upon application of the United States Attorney for the District of New Jersey (by Constantine Soupios, Special Assistant United States Attorney), for an order unsealing the docket sheet, the Indictment, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this _____ day of April, 2012,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the docket sheet, the Indictment, and all related papers in the above-captioned matter be UNSEALED.

_____
HON. JOSE L. LINARES
United States District Judge